In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-467 CV


____________________



IN RE ARNOLD RAY LAMOTTE, JR.






Original Proceeding






 MEMORANDUM OPINION 


 Arnold Ray Lamotte, Jr., seeks mandamus relief to compel the Clerk of the Ninth
Court of Appeals to file a motion for en banc rehearing in Appeal No. 09-06-013 CV. The
Court denied Lamotte's motion for en banc reconsideration on October 19, 2006. The
petition for writ of mandamus is denied as moot.

 WRIT DENIED.

 PER CURIAM

Opinion Delivered October 26, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.